BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00077 LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION TO VACATE TRIAL CONFIRMATION AND TRIAL AND SET A STATUS CONFERENCE |
| v. | |
| ISMAEL RUBALCAVA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Eric Kersten, attorney for the defendant, that a trial confirmation scheduled for November 3, 2014 at 8:30 am before the Honorable Lawrence J. O'Neill and the trial date set for November 12, 2014 be vacated, and a status conference be set for December 22, 2014 at 8:30 a.m. The reason for the request is because the government has submitted a request to Pretrial Services for an investigation into the appropriateness for deferred prosecution. Pretrial services advised that such an investigation generally takes approximately 45 days. The formal request was submitted on October 29, 2014. 45 days from October 29 is December 13, 2014.

///

///

///

Stipulation                                                                     1

1  The parties further request the Court to enter an Order finding that the "ends of justice" served by a
2  continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay
3  occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. §
4  3161(h)(7)(A).

Dated: October 30, 2014                    Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By    /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: October 30, 2014                    /s/ Eric Kersten
ERIC KERSTEN
Attorney for Defendant

IT IS SO ORDERED.

Dated:   **October 30, 2014**           **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

Stipulation                               2