

**FILED**

JUN 20 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>ISMAEL RUBALCAVA,<br><br>            Defendants. | CASE NO.  1:13-CR-00077 LJO<br><br>[~~PROPOSED~~] ORDER ON GOVERNMENT'S MOTION TO DISMISS<br>(FED. R. CRIM. P. 48 (A)) |

IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed as to Ismael Rubalcava pursuant to F.R.Cr.P. 48(a) with prejudice.

Dated:  June 20, 2016

_____
LAWRENCE J. O'NEILL
U.S. District Court Judge

ORDER

1