HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ISMAEL RUBALCAVA

FILED

APR 18 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:13-cr-00077-LJO-BAM-3 |
| Plaintiff, | **UNOPPOSED MOTION TO EXONERATE PROPERTY BOND; [PROPOSED] ORDER** |
| vs. | |
| ISMAEL RUBALCAVA, | Judge: Hon. Barbara A. McAuliffe |
| Defendant. | |

Defendant Ismael Rubalcava hereby moves this Court for an order exonerating the $50,000 property bond in the above-captioned case and reconveying the property to the sureties, Oscar Villalobos and Chayito Villalobos.

On June 25, 2016, after a bail review hearing, Magistrate Judge Barbara A. McAuliffe ordered that Defendant Ismael Rubalcava be released on a $50,000 bond secured by the real property owned by Oscar and Chayito Villalobos. (ECF No. 68). The Clerk of the Court received the original Straight Note on July 5, 2013, and the original Deed of Trust (No. 2013-0042694) on July 22, 2013. (ECF Nos. 74 and 77).

On December 22, 2014, Mr. Rubalcava entered into a Deferred Prosecution Agreement with the government, wherein the government agreed to seek dismissal of his case if he abided by stated conditions of pretrial release for eighteen months. (ECF No. 126). Mr. Rubalcava

successfully completed his term of supervision and met all of his obligations under the Deferred Prosecution Agreement. (ECF No. 184). Accordingly, the government moved to dismiss his case with prejudice on June 20, 2016. (ECF No. 184). The Court granted the government's motion to dismiss. (ECF No. 185). As such, Mr. Rubalcava has fulfilled his obligations to the Court while on pretrial release.

Given that Mr. Rubalcava has complied with all pretrial conditions in this matter and the case is closed, he now moves the Court for an order exonerating the property bond pursuant to Fed. R. Crim. P. 46(g), thereby reconveying the property to the sureties. He further requests that the Clerk of the Court be directed to mail the original Deed of Trust and all relevant documents to his attorney of record, **Assistant Federal Defender Jerome Price** at:

> Office of the Federal Defender
> 801 I Street, Third Floor
> Sacramento, CA 95814.

The government confirmed that they have no objection to this motion through an email to the undersigned counsel.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 13, 2017

/s/ *Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
ISMAEL RUBALCAVA

**ORDER**

The Court has received, reviewed, and considered Defendant Ismael Rubalcava's motion to exonerate the property bond. The Court finds that the Defendant was released on pretrial supervision pursuant to a $50,000 bond secured by the equity in real property owned by Oscar Villalobos and Chayito Villalobos (#2013-0042694) (Doc. 77). The property bond was posted by the sureties on July 22, 2013.

The Court further finds that the Defendant has satisfied his pretrial obligations to the Court and that his case was dismissed with prejudice on June 20, 2016.

Therefore, the Court hereby GRANTS the Defendant's motion. The Clerk of the Court shall exonerate the property bond in the above-captioned case and reconvey the property to sureties Oscar and Chayito Villalobos (Doc. 77). The Clerk is further directed to mail the original Deed of Trust and all relevant documents to Defendant's attorney of record, Assistant Federal Defender Jerome Price at:

> Office of Federal Defender
> 801 I Street, Third Floor
> Sacramento, CA 95814

**IT IS SO ORDERED.**

DATED: April 18, 2017

BARBARA A. McAULIFFE
United States Magistrate Judge